**Lindsey H. Hughes, OSB #833857**
lhughes@keatingjones.com
**Jamie Edward Valentine, OSB #075556**
jvalentine@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Defendants Conmed Healthcare
Management, Inc.; and Dr. Carla Antola

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| NORRIS GILES, | Case No. 6:15-CV-00515-SI |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DR. CARLA ANTOLA ONLY** |
| v. | |
| CONMED HEALTHCARE MANAGEMENT INC.; DR. CARLA ANTOLA; MARJORY HAUSLER; JAMES MORGAN; ROBERT DELEON; KYLE SMITH; COOS COUNTY; SHERIFF CRAIG ZANNI; SGT. KELLY DENNIS; SGT. ROBERT KRAMER; SGT. SHANE SHOBAR; DEPUTY ARVIN LAL, | By Defendants Conmed Healthcare Management, Inc.; and Dr. Carla Antola |
| Defendants. | |

The parties, by and through counsel undersigned, hereby stipulate to an Order dismissing all claims with prejudice and without costs against defendant Dr. Carla Antola.

/ / / /

/ / / /

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DR. CARLA ANTOLA ONLY -** Page 1

Doc No. 1121139

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955

IT IS SO ORDERED.

Dated: January 19, 2018

_____
Hon. Michael H. Simon
U.S. District Judge

IT IS SO STIPULATED:

s/Ethan Levi                                                      DATED: 1/19/18
_____
Ethan Levi, OSB No. 994255
Levi Merrithew Horst PC
Of Attorneys for Plaintiff

s/Jamie E. Valentine                                              DATED: 1/19/18
_____
Jamie Edward Valentine, OSB No. 075556
KEATING JONES HUGHES, P.C.
Of Attorneys for Defendants Conmed Healthcare
Management, Inc.; and Dr. Carla Antola

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DR. CARLA ANTOLA ONLY -** Page 2

Doc No. 1121139

KEATING JONES HUGHES P.C.
One Southwest Columbia, Suite 800
Portland, Oregon 97258-2095
(503) 222-9955